# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

162441(134)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

IW, f/k/a IM,
      Petitioner-Appellee,

v

MM,
      Respondent-Appellant.

_____/

SC: 162441
COA: 350711
Oakland CC: 2017-854298-PP

On order of the Court, the motion to disqualify Chief Justice Bridget M. McCormack from participating in the decision of the case, upon de novo review by the other Justices, is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021



Clerk